IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID BARDELL WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-13-0971-F |
| ) | |
| MS. COX., et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER

Plaintiff is a state prisoner appearing *pro se* whose pleadings in this civil rights action are liberally construed. On October 31, 2014, Magistrate Judge Charles B. Goodwin entered a Report and Recommendation (the Report), doc. no. 34, which recommended granting defendants' motion for summary judgment, doc. no. 29, on the grounds that no evidence in the record, even when construed in favor of the plaintiff, creates a genuine question of fact that would prevent the conclusion that plaintiff failed to exhaust his administrative remedies prior to commencing his federal claims against defendants. Plaintiff objected to the Report. Doc. no. 37.

As required by 28 U.S.C. §636(b)(1), the court has reviewed all objected to matters *de novo*. Having concluded that review, and after careful consideration of plaintiff's objections, the record, as well as the relevant authorities, the court finds that it agrees with the Report and Recommendation of the Magistrate Judge and that no purpose would be served by stating any further analysis here.

Accordingly, plaintiff's objections to the Report and Recommendation of Magistrate Judge Goodwin are **DENIED**, and the Report and Recommendation is **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in its entirety. Defendants' motion for

summary judgment is **GRANTED**. This action is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

Dated this 8th day of January, 2015.

*[signature: S P Friot]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0971p002.wpd